**Fill in this information to identify the case:**

Debtor 1 Michael A Brooks

Debtor 2 Michele Brooks
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 23-01973

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, N.A.

**Court claim no.** (if known): 22

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 4 4

**Date of payment change:** 09 / 01 / 2026
Must be at least 21 days after date of this notice

**New total payment:** $ 1,410.92
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment:** $ 437.44 **New escrow payment:** $ 457.08

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate:** ______% **New interest rate:** ______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No
☐ Yes.

**Current HELOC payment:** $______

**Reconciliation amount:** + $______ or
- $______

**Amount of next payment (including reconciliation amount)** $_______

**Amount of the new payment thereafter (without reconciliation amount)** $_______

## Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____________________

**Current mortgage payment:** $ ____________ **New mortgage payment:** $ ____________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /S/ LaTia Irvin — Signature

Date 07/15/2026

Print: LaTia (First Name) Middle Name Irvin (Last Name)

Title Bankruptcy Specialist

Company PNC Bank, N.A.

Address 3232 Newmark Dr (Number Street)

Miamisburg (City) Ohio (State) 45342 (ZIP Code)

Contact phone (866) 754-0659

Email bankruptcy.administration.internal@pnc.com

PNC BANK
P.O. Box 1820
Dayton, OH 45401-1820

[redacted]

MICHELE BROOKS
MICHAEL BROOKS
430 RIVERVIEW AVE
BLOOMSBURG PA 17815-8224

## Your escrow analysis is here!

| | |
|---|---|
| **Account Number ends in** | [redacted] |
| **Statement Date** | 07/03/2026 |
| **Review Period** | 09/2026 to 08/2027 |

**Property Address**
430 RIVERVIEW AVE
BLOOMSBURG, PA 17815

**New Payment Amount**
$1,410.92
**New Payment Effective Date**
09/01/2026

## Thank you for being a PNC customer

Why are you receiving this Escrow Analysis Statement?
At least once each year, federal guidelines require that we review your escrow account to ensure sufficient funds are collected to pay your property taxes and insurance premiums. These reviews are necessary since these escrowed expenses can change. Please take a moment to review What's Changed. Learn more online at pnc.com/MyEscrow.

## What's Changed?

- Due to an increase in your escrowed expenses (as shown in the table below) the escrow portion of your monthly payment will increase to $429.29.

- Additionally, your escrow account is projected to have a **shortage of $333.43**. See page 3 for an explanation of how this was calculated.
  Spreading the shortage over 12 months, interest free, adds $27.79 to your monthly payment.

## Annual Escrow Expense Breakdown

| Annual Expenses | What was estimated to be paid | Change | What we plan to pay |
|---|---|---|---|
| Insurance | $1,669.00 | ↑ | $1,755.00 |
| Property Tax | $3,266.47 | ↑ | $3,396.52 |
| **Annual Escrow Expenses** | **$4,935.47** | ↑ | **$5,151.52** |
| Monthly Escrow Amount | $411.29 | ↑ | $429.29 |

## Mortgage Payment Breakdown

| Monthly Payments | Current payment | New payment |
|---|---|---|
| Principal & Interest | $953.84 | $953.84 |
| Escrow Payment | $411.29 | $429.29 |
| Shortage Payment | $26.15 | $27.79 |
| **Monthly Total Payment** | **$1,391.28** | **$1,410.92** |
| **New Payment Effective Date** | | **09/01/2026** |

## What You Need To Do

- **Option 1:** Pay your escrow account shortage spread over the next 12 months interest free, as shown above. Your new monthly payment will be **$1,410.92** beginning **09/01/2026**.

  If PNC automatically deducts your monthly payment from your checking or savings account, then your payment amount will be updated automatically - there's nothing you need to do. However, if you use another financial institution's payment service to pay your mortgage, then please update that service to reflect your new mortgage payment as of the new payment effective date.

- **Option 2:** If you wish to discuss options other than paying the shortage over 12 months, please contact us one of the ways listed at the bottom of this page.

## Learn More or Contact PNC

**Visit pnc.com to learn more about Escrow accounts**
pnc.com/MyEscrow

[redacted]

**Contact a PNC Bank Employee**
We are here, if you have questions or need assistance, please contact our Customer Care Center at 1-800-822-5626.
You can also visit your local PNC branch.


INTERNET REPRINT

# Frequently Asked Questions

**Why did my payment change?**

Changes to your escrowed expenses (such as property taxes and insurance premiums) will result in changes to your monthly escrow payment. Your local taxing authority will typically review your property value and as a result may adjust your property taxes. Similarly, your insurance provider will review the risk and coverage amounts of your property and as a result may adjust your insurance premium.

**Can PNC provide me with information concerning why there were changes to my tax payments or insurance premiums?**

PNC does not have information as to specifically why your taxes or insurance premiums may have changed. We encourage you to contact your local tax office or your insurance company for details or further information.

**How is my Escrow Amount calculated?**

We add up the projected expenses to be paid over the next 12 months and divide that total by your required number of mortgage payments per year (normally 12) to determine your new escrow amount. These projected expenses are based on the most recent information we've received from your property tax authorities, insurance carrier(s), and for any other escrowed expenses.

**If there is a shortage in my escrow account, what should I do?**

**Option 1:** Pay your escrow account shortage monthly, as shown on page 1.

**Option 2:** If you wish to discuss other options, please contact us one of the ways listed at the bottom of page 1.

**If there's a shortage in my escrow account and I decide to pay it in full, will my monthly payment still increase?**

Yes, it is possible. As shown in the Mortgage Payment Breakdown on page 1, your monthly payment may be increasing due to more than one part of it increasing. So even if you pay your shortage in full (thus eliminating your monthly Shortage Payment), increases in your property taxes and/or insurance premiums could still result in your monthly Escrow Payment increasing.

**What should I do if I receive an insurance renewal notice and a bill requesting payment?**

If you have an escrow account for insurance, please forward a copy of your bill with your mortgage account number to:

PNC Bank, NA<br>
P.O. Box 7433<br>
Springfield, OH 45501

**What should I do if I change insurance companies?**

Any time you change your insurance carrier, please provide them with your mortgage account number and the contact information directly above for PNC (i.e. P.O. Box 7433).

**What should I do if I receive a tax bill?**

PNC should also receive a bill. The one you receive should be informational for your records and no further action will be needed as your lender will make the payments from your escrow account. If you have an escrow account for taxes and the tax bill is for delinquent taxes due, please call us at 1-800-822-5626.

If it is necessary to send a copy of your tax bill to us, please include your mortgage account number and forward it to:

PNC Bank<br>
Attn: Tax Department<br>
P.O. Box 1804<br>
Dayton, OH 45401-1804

Important for customers in these states: PA, CA, VA, MD, NJ, ID, IA, ME, CT: Supplemental or special / additional assessment tax is not escrowed. You will be responsible for paying these bills.

**My automated payments are setup to pay an additional amount towards the loan principal. How will that be affected by the change (if any) to my monthly payment described in this Escrow Analysis statement?**

If PNC automatically deducts your monthly payment from your checking or savings account, then the same amount of additional principal will automatically be added to your payments as of the new payment effective date.

If you use another financial institution's payment service to pay your mortgage, then you'll need to update that service to reflect your new payment amount.

**For additional information about your Escrow Analysis Statement visit** www.pnc.com/MyEscrow.

## Prior Escrow Account Projection and Activity

This is a list of your escrow account's prior projection and actual activity since your last escrow analysis. Differences between the most recent account history and last year's projection may have resulted in not reaching the estimated low monthly balance.

"*" Indicates a difference between the estimated and actual amounts or dates of payments made out of your escrow account.

"†" Indicates anticipated future payments to be made out of your escrow account through the new payment effective date.

| Date M/YY | Description | Amount paid out of your Escrow Account | | Amount paid into your Escrow Account | | Balance | |
|---|---|---|---|---|---|---|---|
| | | Estimated | Actual | Estimated | Actual | Estimated | Actual |
| | Beginning Balance | | | | | $1,669.00 | $1,317.56 |
| 9/25 | | | | $411.29 | $437.44 | $2,080.29 | $1,755.00 |
| 10/25 | HAZARD INS | $1,669.00 | $1,755.00* | $411.29 | $437.44 | $822.58 | $437.44 |
| 11/25 | | | | $411.29 | $437.44 | $1,233.87 | $874.88 |
| 12/25 | | | | $411.29 | $437.44 | $1,645.16 | $1,312.32 |
| 1/26 | | | | $411.29 | | $2,056.45 | $1,312.32 |
| 2/26 | | | | $411.29 | $874.88 | $2,467.74 | $2,187.20 |
| 3/26 | | | | $411.29 | $437.44 | $2,879.03 | $2,624.64 |
| 4/26 | CITY TAX | $907.03 | $1,005.71* | $411.29 | $437.44 | $2,383.29 | $2,056.37 |
| 5/26 | | | | $411.29 | $437.44 | $2,794.58 | $2,493.81 |
| 6/26 | | | | $411.29 | $437.44 | $3,205.87 | $2,931.25 |
| 7/26 | | | | $411.29 | $437.44 | $3,617.16 | $3,368.69 |
| 8/26 | SCHOOL TAX | $2,359.44 | $2,390.81*† | $411.29 | $437.44 | $1,669.01 | $1,415.32 |
| | TOTAL | $4,935.47 | $5,151.52 | $4,935.48 | $5,249.28 | | |

## Next 12 Month Activity Projection

This is a projection of your escrow account's anticipated activity for the coming 12 months.

- Your new monthly escrow payment is the total of payments expected to be made out of your escrow account divided by the number of mortgage payments per year (normally 12).
- Since the projected minimum balance (indicated by **) is less than twice your new monthly escrow payment (excluding MIP/PMI), as allowed by RESPA unless your mortgage document or state law specifies a lower amount, the difference results in a shortage. For example: **Shortage = 2 × [monthly escrow payment excluding MIP/PMI] – [minimum balance**]**
- To determine your "required Beginning Balance", add your shortage shown on page 1 to the estimated Beginning Balance shown below.

| Date M/YY | Description | Amount paid out of your Escrow Account | Amount paid into your Escrow Account | Balance |
|---|---|---|---|---|
| | | Estimated | Estimated | Estimated |
| | Beginning Balance | | | $1,415.32 |
| 9/26 | | | $429.29 | $1,844.61 |
| 10/26 | HAZARD INS | $1,755.00 | $429.29 | $518.90** |
| 11/26 | | | $429.29 | $948.19 |
| 12/26 | | | $429.29 | $1,377.48 |
| 1/27 | | | $429.29 | $1,806.77 |
| 2/27 | | | $429.29 | $2,236.06 |
| 3/27 | | | $429.29 | $2,665.35 |
| 4/27 | CITY TAX | $1,005.71 | $429.29 | $2,088.93 |
| 5/27 | | | $429.29 | $2,518.22 |
| 6/27 | | | $429.29 | $2,947.51 |
| 7/27 | | | $429.29 | $3,376.80 |
| 8/27 | SCHOOL TAX | $2,390.81 | $429.29 | $1,415.28 |
| | TOTAL | $5,151.52 | $5,151.48 | |

## Important Messages / Disclosures

Our records show that you are a debtor in bankruptcy or you have received a discharge. We are sending this letter to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.


INTERNET REPRINT

UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania (Wilkes-Barre)

| | |
|---|---|
| IN RE: Michael A Brooks<br>Michele Brooks | Case No. 23-01973<br>Judge Mark J Conway<br>Chapter 13 |

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on 07/15/2026 , a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: Carlo Sabatini
Trustee: Jack N Zaharopoulos
Office of the United States Trustee

Further, I certify that, on 07/15/2026 , a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

| | |
|---|---|
| Michael A Brooks | 430 Riverview Avenue<br>Bloomsburg, PA 17815 |
| Michele Brooks | 430 Riverview Avenue<br>Bloomsburg, PA 17815 |

By: /s/ LaTia Irvin
LaTia Irvin
PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342
866-754-0659