IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MICHAEL A BROOKS,<br>AKA MICHAEL ALLEN BROOKS,<br>AKA MICHAEL BROOKS, and<br>MICHELE BROOKS,<br>              Debtors | CHAPTER 13<br><br>CASE NO. 5:23-bk-01973-MJC<br><br>Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses |

**ORDER APPROVING INTERIM COMPENSATION TO COUNSEL FOR DEBTORS**

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses* filed by Debtors' counsel, Doc. 44, and it appearing that the parties have resolved the Trustee's Objection to same via Stipulation, Docs. 45, 48, it is ordered that the following interim amounts are awarded: compensation in the amount of $5,504.50 and reimbursement of expenses in the amount of $426.55 for a total sum of $5,931.05. This compensation is in addition to all amounts previously paid by the Debtors, approved by this court, or that were included in the confirmed plan. Counsel is authorized to apply the $813.00 of client funds that it is holding in its trust account toward this amount. The remaining $5,118.05 may be paid by the Chapter 13 Trustee.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 2, 2025