UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania



In re:
Brooks, Michael & Mchele

Case No. 23-01973
Chapter 13

_____ Debtor(s) _____ /

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐   CREDITOR: ☑

Please print the following information:

NAME: Banker's Healthcare Group c/o Pinnacle Bank

OLD MAILING ADDRESS: 150 3rd Ave S STE 900
Nashville, TN 37201
(ECF Claim #18)

NEW MAILING ADDRESS: 21 Platform Way S
STE 2300
Nashville, TN 37203

DATED: 11/25/25      _____
                    Signature of Debtor or Creditor

                    _____
                    Signature of Joint Debtor (if applicable)

PHONE NUMBER: 615-743-8779

**All future notices and payments shall be sent to the new mailing address**

(6/1/11)